THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JOHNSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, W. CRAIG JELINEK, and RICHARD A. GALANTI,<br><br>Defendants. | CASE NO.:  2:18-cv-01611-TSZ<br><br>**STIPULATED MOTION SETTING SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br>**NOTE ON MOTION CALENDAR:**<br>February 4, 2019 |

**STIPULATED MOTION SETTING SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**
2:18-cv-01611-TSZ

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

In accordance with Local Civil Rule 7(d)(1) and 10(g), Lead Plaintiff Fred D. Davoli ("Lead Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Costco Wholesale Corporation, W. Craig Jelinek, and Richard A. Galanti (collectively, "Defendants" and with Lead Plaintiff, the "Parties")), by and through their undersigned counsel, submit the following stipulated motion:

WHEREAS, on November 5, 2018, Plaintiff James Johnson, individually and on behalf of all others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities Laws against Costco Wholesale Corporation, its Chief Executive Officer, W. Craig Jelinek, and its Chief Financial Officer, Richard A. Galanti, in this District, No. 2:18-cv-01611-TSZ (the "Johnson Action");

WHEREAS, on December 11, 2018, Plaintiff Phil Chen, individually and on behalf of all others similarly situated, filed a substantially similar Class Action Complaint for Violations of the Federal Securities Laws against Costco Wholesale Corporation, W. Craig Jelinek, and Richard A. Galanti, in this District, No. 2:18:cv-01779-TSZ (the "Chen Action");

WHEREAS, on January 30, 2019, the Court entered an Order Granting Fred D. Davoli's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Counsel, ECF. No. 16, consolidating the Johnson Action and Chen Action, and appointing Mr. Davoli as Lead Plaintiff, Levi & Korsinsky, LLP as Lead Counsel, and Breskin Johnson Townsend, PLLC as Liaison Counsel;

WHEREAS, this consolidated action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides that in private securities fraud class actions "all discovery and other [discovery-related] proceedings shall be stayed during the pendency of any motion to dismiss," subject to the exceptions set forth therein, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the Parties have conferred and agreed on a proposed schedule for the filing of an amended consolidated complaint, the filing of Defendants' responsive pleadings, and setting a schedule for any briefing on a motion to dismiss the amended consolidated complaint;

STIPULATED MOTION SETTING SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING
2:18-cv-01611-TSZ

-2-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to the approval of this Court, that:

1.    The initial scheduling dates set forth in the Court's November 13, 2018 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, ECF No. 3, are vacated;

2.    Lead Plaintiff's amended consolidated complaint is due filed April 2, 2019;

3.    Defendants' responsive pleading or motion to dismiss is due filed May 24, 2019;

4.    Lead Plaintiff's opposition to any motion to dismiss is due filed July 12, 2019; and

5.    Defendants' reply in support of any motion to dismiss is due filed August 16, 2019.

Dated:  February 7, 2019                    /s/ Barry M. Kaplan
_____
                                            Barry M. Kaplan, WSBA #8661
                                            Gregory L. Watts, WSBA #43995
                                            **WILSON SONSINI GOODRICH & ROSATI, P.C.**
                                            701 Fifth Avenue, Suite 5100
                                            Seattle, WA  98104-7036
                                            Telephone:  (206) 883-2500
                                            Facsimile:   (206) 883-2699
                                            Email: bkaplan@wsgr.com
                                            Email: gwatts@wsgr.com

                                            *Attorneys for Defendants Costco Wholesale Corporation, W. Craig Jelinek, and Richard A. Galanti*

Dated:  February 7, 2019                    /s/ Roger Townsend
_____
                                            Roger Townsend, WSBA #25525
                                            **BRESKIN JOHNSON TOWNSEND, PLLC**
                                            1000 Second Avenue, Suite 3670
                                            Seattle, WA 98104
                                            Telephone:  (206) 652-8660
                                            Facsimile:   (206) 652-8290
                                            Email: rtownsend@bjtlegal.com

Eduard Korsinsky
Nicholas I. Porritt
Pro hac vice application forthcoming
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile:  (212) 363-7171
Email: ek@zlk.com
Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff*