THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES JOHNSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation, W. CRAIG JELINEK, and RICHARD A. GALANTI,

Defendants.

CASE NO.: 2:18-cv-01611-TSZ

**ORDER GRANTING STIPULATED MOTION SETTING SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**

Pursuant to the parties' Stipulated Motion, docket no. 17, Setting Schedule for Amended Consolidated Complaint and Motion to Dismiss Briefing, the Court hereby ORDERS as follows:

1.      The initial scheduling dates set forth in the Court's November 13, 2018 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, ECF No. 3, are vacated;

2.      Lead Plaintiff's amended consolidated complaint is due filed April 2, 2019;

3.      Defendants' responsive pleading or motion to dismiss is due filed May 24, 2019. Any motion to dismiss shall be noted for August 16, 2019;

4.      Lead Plaintiff's opposition to any motion to dismiss is due filed July 12, 2019; and

**ORDER GRANTING STIPULATED MOTION SETTING SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**
2:18-cv-01611-TSZ

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1    5.    Defendants' reply in support of any motion to dismiss is due filed August 16,

2    2019.

3

4    IT IS SO ORDERED.

5

6    Dated this 7th day of February, 2019.

7

8                                                                _____

9                                                                Thomas S. Zilly
                                                                 United States District Judge

10

11   Submitted by:

12   Gregory L. Watts
     _____

13   Barry M. Kaplan, WSBA #8661
     Gregory L. Watts, WSBA #43995

14   **WILSON SONSINI GOODRICH & ROSATI, P.C.**
     701 Fifth Avenue, Suite 5100

15   Seattle, WA  98104-7036
     Telephone: (206) 883-2500

16   Facsimile: (206) 883-2699
     Email: bkaplan@wsgr.com

17   Email: gwatts@wsgr.com

18   *Attorneys for Defendants Costco Wholesale Corporation,*
     *W. Craig Jelinek, and Richard A. Galanti*

19

20

21

22

23

24

25

26

27