The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JAMES JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; W. CRAIG JELINEK; and RICHARD A. GALANTI,<br><br>Defendants. | No. 2:18-cv-01611-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION SETTING AMENDED SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING** |

Pursuant to the parties' Stipulated Motion Setting Schedule for Amended Consolidated Complaint and Motion to Dismiss Briefing, the Court hereby ORDERS as follows:

1. The initial scheduling dates set forth in the Court's February 7, 2019 Order, ECF No. 18, are vacated;

2. Lead Plaintiff's amended consolidated complaint is due filed April 16, 2019;

3. Defendants' responsive pleading or motion to dismiss is due filed June 7, 2019. Any motion to dismiss shall be noted for August 30, 2019.;

4. Lead Plaintiff's opposition to any motion to dismiss is due filed July 26, 2019;

**ORDER GRANTING STIPULATED MOTION SETTING AMENDED SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**
Nos. 2:18-cv-01611-TSZ - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660

and

5. Defendants' reply in support of any motion to dismiss is due filed August 30, 2019.

IT IS SO ORDERED.

Dated: March 29, 2019.

_____
Thomas S. Zilly
United States District Judge

Submitted by:

By: *s/ Roger Townsend*
Roger Townsend, WSBA #25525
**BRESKIN JOHNSON TOWNSEND, PLLC** 1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206)652-8660
rtownsend@bjtlegal.com

*Attorneys for Lead Plaintiff and the Class*

**ORDER GRANTING STIPULATED MOTION SETTING AMENDED SCHEDULE FOR AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING**
Nos. 2:18-cv-01611-TSZ            - 2

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660