# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES JOHNSON, et al.,

    Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, et al.,

    Defendants.

C18-1611 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 39, the Court hereby ORDERS as follows:

    (a) Lead Plaintiffs' Corrected Second Consolidated Amended Complaint is due on or before March 12, 2020.

    (b) Defendants' responsive pleading or motion to dismiss is due on or before April 23, 2020.

    (c) Lead Plaintiffs' opposition to any motion to dismiss is due on or before June 4, 2020.

    (d) Defendants' reply in support of any motion to dismiss is due on or before July 2, 2020.

(2) The Court anticipates filing a scheduling order within 45 days of this Order. Within 30 days of this Order, the parties are DIRECTED to confer and

MINUTE ORDER - 1

provide the Court with a combined Joint Status Report, indicating when the parties will be ready for trial.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2