UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES JOHNSON, et al.,

        Plaintiffs,

  v.

COSTCO WHOLESALE CORPORATION, et al.,

        Defendants.

C18-1611 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On or before Monday, August 3, 2020, Plaintiffs are DIRECTED to file a redline indicating how the Amended Complaint, docket no. 26, differs from the corrected Second Amended Complaint, docket no. 41.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2020.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1