# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JOHNSON, individually and on behalf of all others similarly situated, PHIL CHEN, and FRED D. DAVOLI,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, W. CRAIG JELINEK, and RICHARD A. GALANTI,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C18-1611 TSZ |

\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Motion of Defendants Costco Wholesale Corporation, W. Craig Jelinek, and Richard A. Galanti to dismiss Plaintiffs' Second Amended Complaint, docket no. 44, is GRANTED.  Plaintiffs' claims and this case are DISMISSED with prejudice.

Dated this 19th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
