UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRED D. DAVOLI, Lead Plaintiff,<br><br>    Plaintiff - Appellant,<br><br> and<br><br>JAMES JOHNSON and PHIL CHEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.,<br><br>    Defendants - Appellees. | No. 20-35821<br><br>D.C. Nos. 2:18-cv-01611-TSZ, 2:18-cv-01779-TSZ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered July 20, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7